THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEX BELLESILES, an individual,<br><br>                 Plaintiff,<br><br>       v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY a foreign corporation,<br><br>                 Defendant. | No.: 3:21-cv-05259-RSL<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

Pursuant to LCR 10(g), Defendant The Travelers Home and Marine Insurance Company, which was inaccurately designated in the complaint, and Plaintiff Alex Bellesiles submit this stipulated motion to extend Travelers' deadline to answer or otherwise respond to Plaintiff's Complaint to May 12, 2021.

Dated this 20th day of April, 2021.

| | |
|---|---|
| EMBER LAW PLLC | BULLIVANT HOUSER BAILEY PC |
| By */s/ Leah S. Snyder*<br>    Leah S. Snyder, WSBA #44384<br>    1200 Fifth Avenue, Suite 1217<br>    Seattle, WA  98101<br>    Email:  leah@emberlaw.com | By */s/ Jared F. Kiess*<br>    Ronald J. Clark, WSBA #43534<br>    Jared F. Kiess, WSBA #54532<br>    E-mail:  jared.kiess@bullivant.com<br>    E-mail:  ron.clark@bullivant.com |
| Attorneys for Plaintiff Alex Bellesiles | Attorneys for The Travelers Home and Marine Insurance Company |

STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
NO. 3:21-CV-05259-RSL     PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

IT IS SO ORDERED this 21st day of April 2021.

*[signature]*

THE HONORABLE ROBERT S. LASNIK

Presented by:

| EMBER LAW PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By */s/ Leah S. Snyder*<br>Leah S. Snyder, WSBA #44384<br>1200 Fifth Avenue, Suite 1217<br>Seattle, WA 98101<br>Email: leah@emberlaw.com | By */s/ Jared F. Kiess*<br>Ronald J. Clark, WSBA #43534<br>Jared F. Kiess, WSBA #54532<br>E-mail: jared.kiess@bullivant.com<br>E-mail: ron.clark@bullivant.com |
| Attorneys for Plaintiff Alex Bellesiles | Attorneys for The Travelers Home and Marine Insurance Company |

4815-2625-3542.1

STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT   PAGE 2
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
NO. 3:21-CV-05259-RSL

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351