THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEX BELLESILES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY a foreign corporation,<br><br>Defendant. | No.: 3:21-cv-05259-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR AMENDMENT OF PLEADINGS AND EXPERT REPORTS** |

Based upon Defendant's Motion, it is hereby ORDERED that the Unopposed Motion to Extend Deadlines for Amendment of Pleadings and Expert Reports is GRANTED. The deadline for amending pleadings and submitting reports from expert witnesses under FRCP are extended to December 5, 2021. All other deadlines set forth in the Minute Order Setting Trial Date & Related Deadlines [Dkt. 13] shall remain the same.

IT IS SO ORDERED.

DATED this 21st day of September, 2021.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

BULLIVANT HOUSER BAILEY PC

By /s/ Jared F. Kiess
Ronald J. Clark, WSBA #43534
Jared F. Kiess, WSBA #54532
E-mail: jared.kiess@bullivant.com
E-mail: ron.clark@bullivant.com

*Attorneys for The Travelers Home and Marine Insurance Company*

4839-7074-5840.2

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR AMENDMENT OF PLEADINGS AND EXPERT REPORTS

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206-292-8930